ROBBINS GELLER RUDMAN
 & DOWD LLP
SHAWN A. WILLIAMS
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA 94104
Telephone: 415/288-4545
415/288-4534 (fax)

BARNOW AND ASSOCIATES, P.C.
BEN BARNOW
ERICH P. SCHORK
One North LaSalle Street, Suite 4600
Chicago, IL  60602
Telephone: 312/621-2000
312/641-5504 (fax)

GARDY & NOTIS, LLP
James S. Notis
Jennifer Sarnelli (State Bar No. 242510)
501 Fifth Avenue, Suite 1408
New York, NY 10017
Telephone: 212/905-0509
212/905-0508 (fax)

[Proposed] Co-Lead Counsel for Plaintiffs

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FRANK M. FAZIO, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　vs.<br><br>APPLE INC., a California corporation,<br><br>　　　　　　　　　　Defendant. | Case No.  12-cv-01127<br><br>STIPULATION AND [PROPOSED] ORDER CONSOLIDATING CASES AND APPOINTING PLAINTIFFS' CO-LEAD COUNSEL |

[Additional caption on following page]

| | | |
|---|---|---|
| 1 | DANIEL M. BALASSONE and BENJAMIN ) | Case No. 12-cv-01384 |
| 2 | SWARTZMAN, Individually and on Behalf of ) All Others Similarly Situated, ) | |
| 3 | ) Plaintiff, ) | |
| 4 | ) vs. ) | |
| 5 | ) APPLE, INC., and DOES 1-100. ) | |
| 6 | ) Defendant. ) | |
| 7 | ) | |

WHEREAS, there are two consumer actions on behalf of purchasers of defendant Apple Inc.'s ("Apple" or "Defendant") iPhone 4S that are pending in this District:

| Abbreviated Case Name | Case Number | Date Filed |
|---|---|---|
| *Fazio v. Apple Inc., a California corporation* | 12-cv-01127 | March 6, 2012 |
| *Balassone v. Apple, Inc., and DOES 1-100* | 12-cv-01384 | March 20, 2012 |

WHEREAS, the two consumer actions identified above arise out of the same transactions and occurrences and involve the same or substantially similar issues of law and fact, and therefore, should be consolidated for all purposes under Fed. R. Civ. P. 42(a)[1];

WHEREAS, counsel for Plaintiffs in the above-referenced actions have met and conferred and agree the cases should be consolidated;

WHEREAS, after meeting and conferring, all plaintiffs and plaintiffs' counsel agree that the law firms of Robbins Geller Rudman & Dowd LLP ("Robbins Geller"), Barnow and Associates P.C. ("Barnow") and Gardy & Notis, LLP ("Gardy Notis") be appointed Plaintiffs' Co-Lead Counsel;

WHEREAS, counsel for Plaintiffs and Defendant in the above-referenced actions have met and conferred, and Defendant supports this motion for consolidation and takes no position on Plaintiffs' motion for appointment of Plaintiffs' Co-Lead Counsel;

WHEREAS, the agreed-upon schedule set forth below is not intended for the purpose of delay, will not cause prejudice to any party, and will promote judicial efficiency.

THEREFORE, IT IS STIPULATED AND AGREED by Plaintiffs and Defendant, through their respective counsel of record, as follows:

**CONSOLIDATION OF ACTIONS**

---

[1] An administrative motion to relate the *Balassone* action to the *Fazio* action pursuant to Local Rules 3-12(b) and 7-11 was filed on March 26, 2012 in the *Balassone* action (Dkt. No. 4).

1. The following actions are hereby consolidated for all purposes, including pretrial proceedings, trial and appeal:

| Abbreviated Case Name | Case Number | Date Filed |
|---|---|---|
| *Fazio v. Apple Inc., a California corporation* | 12-cv-01127 | March 6, 2012 |
| *Balassone v. Apple, Inc., and DOES 1-100* | 12-cv-01384 | March 20, 2012 |

2. The caption of this consolidated action shall be "*In Re iPhone 4S Consumer Litigation*," and the files of this consolidated action shall be maintained in one file, under Master File No. 12-cv-01127. Any other actions now pending in, later filed in, or transferred to this Court which arise out of, or are related to, the same facts as alleged in the above-referenced cases shall be consolidated for all purposes, if and when they are brought to the Court's attention.

3. Every pleading filed in this consolidated action, or in any separate action included herein, shall bear the following caption:

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE IPHONE 4S CONSUMER LITIGATION ) ) ) ) | Master File No. 12-cv-01127 |
| This Document Relates To: ) | |

4. When a pleading is intended to be applicable to all actions governed by this Order, the words "All Actions" shall appear immediately after the words "This Document Relates To:" in the above-referenced caption. When a pleading is intended to be applicable to only some, but not all, of the consolidated actions, this Court's docket number for each individual action to which the pleading is intended to be applicable and the abbreviated case name of said action shall appear immediately after the words "This Document Relates To:" in

1 the above-referenced caption (*e.g.*, "No. 12-cv-01127, *Fazio v. Apple Inc., a California*
2 *corporation*").

3     5.    A Master Docket and a Master File are hereby established for the above
4 consolidated proceedings, and for all other related cases filed in or transferred to this Court.
5 Separate dockets shall continue to be maintained for each of the individual actions hereby
6 consolidated, and entries shall be made in the docket of each individual case in accordance with
7 the regular procedures of the clerk of this Court, except as modified by this Order.

8     6.    When a pleading is filed and the caption shows that it is applicable to "All
9 Actions," the clerk shall file such pleading in the Master File and note such filing on the Master
10 Docket.  No further copies need be filed, and no other docket entries need be made.

11     7.    When a pleading is filed and the caption shows that it is to be applicable to fewer
12 than all of the consolidated actions, the clerk will file such pleading in the Master File only but
13 shall docket such filing on the Master Docket and the docket of each applicable action.

14     8.    When a case which properly belongs as part of *In re iPhone 4S Consumer*
15 *Litigation* is filed in this Court or transferred to this Court from another court, the clerk of this
16 Court shall:

17     (a)    Place a copy of this Order in the separate file for such action;

18     (b)    Mail to the attorneys for the plaintiff(s) in the newly-filed or transferred
19 case a copy of this Order and direct that this Order be served upon or mailed to any new
20 defendant(s) or their counsel in the newly-filed or transferred case; and

21     (c)    Make an appropriate entry on the Master Docket.  This Court requests the
22 assistance of counsel in calling to the attention of the clerk of this Court the filing or transfer of
23 any case which properly might be consolidated as part of *In re iPhone 4S Consumer Litigation*.

24     **ORGANIZATION OF PLAINTIFFS' COUNSEL**

25     9.    The organizational structure of plaintiffs' counsel established by this Order shall
26 bind plaintiffs' counsel in the consolidated action, including any action subsequently governed
27 by this Order.

28

10. The Court appoints the following law firms to act on behalf of plaintiffs in the consolidated actions, including any plaintiffs subsequently governed by this Order, with the responsibilities hereinafter prescribed.

    (a)    As Plaintiffs' Co-Lead Counsel:

        1.    Robbins Geller Rudman & Dowd LLP

        2.    Barnow and Associates, P.C.

        3.    Gardy & Notis, LLP

11. Plaintiffs' Co-Lead Counsel shall have day-to-day responsibility for the conduct of the consolidated litigation; shall determine how to prosecute the case and shall initiate, coordinate and supervise the efforts of plaintiffs' counsel in the consolidated action in the areas of discovery, briefing, trial and settlement.

12. Plaintiffs' Co-Lead Counsel may delegate responsibility for specific tasks to other plaintiffs' counsel in the consolidated action in a manner to assure that pretrial preparation is conducted effectively, efficiently and economically; shall assist in maintaining communication among counsel; and shall monitor the activities of plaintiffs' counsel to assure that schedules are met and unnecessary expenditures of time and money are avoided. Plaintiffs' Co-Lead Counsel shall maintain the official service list of all plaintiffs and plaintiffs' counsel in the consolidated action, including their addresses. Plaintiffs' Co-Lead Counsel shall perform whatever any additional functions that may be assigned to them by the Court. Agreements reached between Defendant and Plaintiffs' Co-Lead Counsel are binding on all plaintiffs and their counsel. No discovery shall be served, and no motion shall be filed, by any plaintiffs' counsel without the consent of Plaintiffs' Co-Lead Counsel, unless leave of Court is obtained.

13. Service of all papers filed with the Court shall be accomplished by e-filing, and no other type of service shall be required. Service of all papers that are not filed with the Court shall be accomplished by plaintiffs serving defendant's counsel, and by defendant serving Plaintiffs' Co-Lead Counsel, as applicable, by either: (i) overnight mail service; (ii) telecopier or (iii) hand delivery. Whenever feasible, the serving party shall send courtesy copies

1  simultaneously via e-mail in PDF format, to Defendant's counsel or to Plaintiffs' Co-Lead
2  Counsel, as applicable.

### SCHEDULE

14. Plaintiffs shall file a Master Consolidated Complaint within 14 days of the date this Order is entered. Defendant need not respond to the *Fazio* or *Balassone* complaints already filed or any other case which is subsequently consolidated herein.

15. Defendant shall answer or otherwise respond to the Master Consolidated Complaint within 30 days of service thereof. In the event that Defendant files and serves any motion directed at the Master Consolidated Complaint, the parties shall meet and confer to determine an appropriate briefing schedule, which shall be presented to the Court for approval.

IT IS SO STIPULATED.

DATED: March 26, 2012

ROBBINS GELLER RUDMAN
  & DOWD LLP
SHAWN A. WILLIAMS

          s/ Shawn A. Williams
SHAWN A. WILLIAMS

Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone: 415/288-4545
415/288-4534 (fax)

ROBBINS GELLER RUDMAN
  & DOWD LLP
ROBERT M. ROTHMAN
58 South Service Road, Suite 200
Melville, NY  11747
Telephone: 631/367-7100
631/367-1173 (fax)

|   |   |   |
|---|---|---|
| | | ROBBINS GELLER RUDMAN & DOWD LLP |
| | | PAUL J. GELLER |
| | | STUART A. DAVIDSON |
| | | MARK DEARMAN |
| | | KATHLEEN BARBER |
| | | 120 E. Palmetto Park Road, Suite 500 |
| | | Boca Raton, FL  33432 |
| | | Telephone: 561/750-3000 |
| | | 561/750-3364 (fax) |
| | | |
| | | *Counsel for Plaintiff Frank M. Fazio and [Proposed] Co-Lead Counsel for Plaintiffs* |
| | DATED:  March 26, 2012 | BARNOW AND ASSOCIATES, P.C. |
| | | BEN BARNOW |
| | | ERICH P. SCHORK |
| | | |
| | | _____s/ Ben Barnow_____ |
| | | BEN BARNOW |
| | | |
| | | One North LaSalle Street, Suite 4600 |
| | | Chicago, IL  60602 |
| | | Telephone: 312/621-2000 |
| | | 312/641-5504 (fax) |
| | | |
| | | *Counsel for Plaintiff Frank M. Fazio and [Proposed] Co-Lead Counsel for Plaintiffs* |
| | DATED:  March 26, 2012 | GARDY & NOTIS, LLP |
| | | JAMES S. NOTIS |
| | | JENNIFER SARNELLI (State Bar No. 242510) |
| | | |
| | | _____s/ Jennifer Sarnelli_____ |
| | | JENNIFER SARNELLI |
| | | |
| | | 501 Fifth Avenue, Suite, 1408 |
| | | New York, NY 10017 |
| | | Telephone: 212/905-0509 |
| | | 212/905-0508 (fax) |

GARDY & NOTIS, LLP
CHARLES A. GERMERSHAUSEN
560 Sylvan Avenue, Suite 3085
Englewood Cliffs, NJ 07632
Telephone: 201/567-7377
201/567-7337 (fax)

*Counsel for Plaintiffs Daniel Balassone & Benjamin Swartzman and [Proposed] Co-Lead Counsel for Plaintiffs*

I, Shawn A. Williams, am the ECF User whose ID and the password are being used to file this STIPULATION AND [PROPOSED] ORDER CONSOLIDATING CASES AND APPOINTING PLAINTIFFS' CO-LEAD COUNSEL. In compliance with General Order 45, X.B., I hereby attest that Ben Barnow, Jennifer Sarnelli and Gail Lees have concurred in this filing.

s/ Shawn A. Williams<br>SHAWN A. WILLIAMS

\*   \*   \*

### ORDER

Having considered the parties' Stipulation, and good cause appearing, the Court hereby GRANTS the parties' Stipulation.

IT IS SO ORDERED.

DATED: _____

THE HONORABLE HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

## CERTIFICATE OF SERVICE

I hereby certify that on March 26, 2012, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on March 26, 2012.

                                        s/ Shawn A. Williams
                                    SHAWN A. WILLIAMS

ROBBINS GELLER RUDMAN
  & DOWD LLP
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA 94104
Telephone: 415/288-4545
415/288-4534 (fax)
E-mail: shawnw@rgrdlaw.com

696614_1

# Mailing Information for a Case 5:12-cv-01127-HRL

### Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Mark Jeffrey Dearman**
  mdearman@rgrdlaw.com

- **Paul J. Geller**
  pgeller@rgrdlaw.com

- **Benjamin Matthew Glickman**
  bglickman@gibsondunn.com,mmccrory@gibsondunn.com

- **Gail E. Lees**
  glees@gibsondunn.com,jwalker@gibsondunn.com,wlamb@gibsondunn.com,jjessen@gibsondunn.com

- **Robert M. Rothman**
  rrothman@rgrdlaw.com,e_file_ny@rgrdlaw.com

- **Erich Paul Schork**
  e.schork@barnowlaw.com

- **Shawn A. Williams**
  shawnw@rgrdlaw.com,khuang@rgrdlaw.com,e_file_sd@rgrdlaw.com,nnewton@rgrdlaw.com,e_file_sf@rgrdlaw.com

### Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Kathleen            L. Barber
Robbins Geller Rudman & Dowd LLP
120 East Palmetto Park Road
Suite 500
Boca Raton, FL 33432

Ben                 Barnow
Barnow and Associates P.C.
One N. LaSalle Street
Suite 4600
Chicago, IL 60602

Stuart              A. Davidson
Coughlin Stoia Geller Rudman & Robbins LLP
120 E. Palmetto Park Road
Suite 500
Boca Raton, FL 33432-4809

Matthew             S. Kahn
Gibson Dunn and Crutcher
555 Mission Street, Suite 3000
San Francisco, CA 94105
```