IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE IPHONE 4S CONSUMER LITIGATION _____/ | No. C 12-1127 CW ORDER GRANTING MOTION TO RELATE CASES AND CONSOLIDATING CASES (Docket No. 30) |
| DAVID JONES, individually and on behalf of all others similarly situated, Plaintiff, v. APPLE, INC., Defendant. _____/ | No. C 12-2187 MEJ |

Plaintiff David Jones has filed an administrative motion to relate Jones v. Apple, Inc., Case No. 12-2187, with the earlier filed consolidated action, In re iPhone 4S Consumer Litigation, Case No. 12-1127. Pursuant to this Court's March 29, 2012 Order Consolidating Cases and Appointing Plaintiffs' Co-Lead Counsel, Docket No. 14, Case No. 12-1127, when any transferred action is brought to the Court's attention and arises out of, or relates to, the same facts as alleged in the consolidated action, it shall be consolidated for all purposes with the earlier action.

Having considered the papers filed by Jones, and good cause showing, the Court GRANTS the motion to relate the cases (Docket No. 30) and CONSOLIDATES Jones v. Apple, Inc., Case No. 12-2187, with In re iPhone 4S Consumer Litigation, Case No. 12-1127, for

all purposes, including pretrial proceedings, trial and appeal.
Future docket entries shall be made in the lead consolidated
action, Case No. 12-1127, and filings shall conform to the style
set forth in the March 29, 2012 order.

    IT IS SO ORDERED.

Dated: 5/15/2012

_____
CLAUDIA WILKEN
United States District Judge

United States District Court
For the Northern District of California

2