1  ROBBINS GELLER RUDMAN
     & DOWD LLP
2  SHAWN A. WILLIAMS (213113)
   Post Montgomery Center
3  One Montgomery Street, Suite 1800
   San Francisco, CA 94104
4  Telephone: 415/288-4545
   415/288-4534 (fax)
5  shawnw@rgrdlaw.com

6  BARNOW AND ASSOCIATES, P.C.         GARDY & NOTIS, LLP
   BEN BARNOW (*pro hac vice*)          JENNIFER SARNELLI (242510)
7  One North LaSalle Street, Suite 4600 JAMES S. NOTIS (*pro hac vice*)
   Chicago, IL 60602                    501 Fifth Avenue, Suite 1408
8  Telephone: 312/621-2000              New York, NY 10017
   312/641-5504 (fax)                   Telephone: 212/905-0509
9  b.barnow@barnowlaw.com               212/905-0508 (fax)
                                        jsarnelli@gardylaw.com
10                                      jnotis@gardylaw.com

11 Co-Lead Counsel for Plaintiffs

12 [Additional counsel appear on signature page.]

13              UNITED STATES DISTRICT COURT

14              NORTHERN DISTRICT OF CALIFORNIA

15                    OAKLAND DIVISION

| 16 | In re iPHONE 4S CONSUMER LITIGATION | ) | Master File No. 4:12-cv-01127-CW |
|----|---|---|---|
| 17 | | ) | <u>CLASS ACTION</u> |
| 18 | This Document Relates To: | ) | STIPULATED REQUEST TO EXTEND BRIEFING SCHEDULE PURSUANT TO |
| 19 | ALL ACTIONS. | ) | LOCAL RULES 6-2 AND 7-12 |

Pursuant to Civil Local Rules 6-2 and 7-12 of the United States District Court for the Northern District of California, Plaintiffs Frank M. Fazio, Carlisa S. Hamagaki, Daniel M. Balassone, and Benjamin Swartzman ("Plaintiffs") and Apple Inc. ("Defendant") stipulate as follows:

RECITALS

1. Whereas, on April 10, 2012, Plaintiffs filed their Consolidated Class Action Complaint [Dkt. No. 18].

2. Whereas, on May 10, 2012, Defendant filed its Motion to Dismiss Consolidated Class Action Complaint ("Motion to Dismiss") and Request for Judicial Notice in Support of the Motion to Dismiss ("Request for Judicial Notice") [Dkt. Nos. 32, 34]. Currently, Plaintiffs' responses to Defendant's Motion to Dismiss and Request for Judicial Notice are due on May 24, 2012, and Defendant's replies to Plaintiffs' responses are due on May 31, 2012.

3. Whereas, Plaintiffs seek to extend the deadline for submission of their responses to Defendant's Motion to Dismiss and Request for Judicial Notice, and Defendant's replies to Plaintiffs' responses, by an enlargement of time of 18 days. Defendant does not oppose Plaintiffs' request. If granted, Plaintiffs' responses will be due on June 11, 2012, and Defendant's replies will be due on July 6, 2012.

4. Whereas, Civil Local Rule 6.2 provides, in relevant part, that a stipulated request to extend time must (1) set forth with particularity, the reasons for the requested enlargement or shortening of time; (2) disclose all previous time modifications in the case, whether by stipulation or Court order; and (3) describe the effect the requested time modification would have on the schedule for the case.

5. Whereas, (1) Plaintiffs are in need of the extension of time to file their response to the Motion to Dismiss and Request for Judicial Notice based on the complexity of the issues involved. For instance, Defendant seeks judicial notice and raises multiple arguments in support of its Motion to Dismiss. In addition, Plaintiffs' other prior professional obligations fall within the current timeline of when the response is due. If the requested extension is not granted, Plaintiffs will be prejudiced in their ability to respond to the pending motions. Moreover, (2) there have been no other

previous time modifications in the case, and (3) the requested modifications will have no impact on the schedule for the case. *See* Declaration of Mark J. Dearman, attached as Exhibit A.

6. Whereas, this extension is requested in good faith and not for the purposes of delay.

STIPULATION

1. The deadline for submission of Plaintiffs' responses to Defendant's Motion to Dismiss and Request for Judicial Notice shall be extended to June 11, 2012;

2. The deadline for submission of Defendant's replies shall be extended to July 6, 2012.

Respectfully submitted,

DATED: May 18, 2012

ROBBINS GELLER RUDMAN
 & DOWD LLP
STUART A. DAVIDSON
MARK J. DEARMAN
KATHLEEN L. BARBER


             *s/ Mark J. Dearman*
            MARK J. DEARMAN

120 East Palmetto Park Road, Suite 500
Boca Raton, FL  33432
Telephone:  561/750-3000
561/750-3364 (fax)

ROBBINS GELLER RUDMAN
 & DOWD LLP
SHAWN A. WILLIAMS
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone:  415/288-4545
415/288-4534 (fax)

ROBBINS GELLER RUDMAN
 & DOWD LLP
RACHEL L. JENSEN
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)

|   |   |   |
|---|---|---|
| 1 |   | ROBBINS GELLER RUDMAN |
|   |   |   & DOWD LLP |
| 2 |   | ROBERT M. ROTHMAN |
|   |   | 58 South Service Road, Suite 200 |
| 3 |   | Melville, NY  11747 |
|   |   | Telephone: 631/367-7100 |
| 4 |   | 631/367-1173 (fax) |
| 5 | DATED:  May 18, 2012 | BARNOW AND ASSOCIATES, P.C. |
|   |   | BEN BARNOW |

*s/ Ben Barnow*
BEN BARNOW

One North LaSalle Street, Suite 4600
Chicago, IL  60602
Telephone:  312/621-2000
312/641-5504 (fax)

DATED:  May 18, 2012            GARDY & NOTIS, LLP
JENNIFER SARNELLI
JAMES S. NOTIS


*s/ Jennifer Sarnelli*
JENNIFER SARNELLI

501 Fifth Avenue, Suite 1408
New York, NY 10017
Telephone: 212/905-0509
212/905-0508 (fax)

GARDY & NOTIS, LLP
CHARLES A. GERMERSHAUSEN
560 Sylvan Avenue, Suite 3085
Englewood Cliffs, NJ 07632
Telephone:  201/567-7377

201/567-7337 (fax)

*Co-Lead Counsel for Plaintiffs*

DATED: May 18, 2012

GIBSON, DUNN & CRUTCHER LLP
GAIL E. LEES
MATTHEW S. KAHN
BENJAMIN M. GLICKMAN

*s/ Gail E. Lees*
GAIL E. LEES

333 South Grand Avenue
Los Angeles, CA 90071
Telephone: 213/229-7000
213/229-7520 (fax)

*Counsel for Defendant Apple Inc.*

## [PROPOSED] ORDER

Pursuant to Civil Local Rules 6-2 and 7-12 of the United States District Court for the Northern District of California, the Court hereby extends the time for Plaintiffs to file their responses to Defendants' Motion to Dismiss and Request for Judicial Notice [Dkt. Nos. 32, 34] until _June 11_, 2012, and for Defendant to file its replies until _July 6_, 2012.

PURSUANT TO STIPULATION, IT IS SO ORDERED. Hearing on the motion will be held Thursday, August 2, 2012, at 2:00 p.m.

Dated: 5/21/2012

Honorable Claudia Wilken
United States District Court Judge