IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN RE IPHONE 4S CONSUMER LITIGATION
_____/

No. C 12-1127 CW

ORDER DENYING MOTION TO SHORTEN TIME (Docket No. 42)

On May 21, 2012, Plaintiff David Jones filed a motion to shorten time on his motion to change the interim class counsel structure and appoint his counsel as co-lead interim class counsel. Plaintiff Jones seeks to have his motion heard prior to the hearing on Defendant Apple Inc.'s motion to dismiss the consolidated class action complaint. The Court notes that Plaintiff Jones has not yet filed the motion on which he seeks to shorten time in the docket of this case.

At the time that Plaintiff Jones filed his motion to shorten time, Defendant's motion to dismiss was set to be heard on June 21, 2012, and Plaintiffs' opposition thereto was due by May 24, 2012. Subsequently, the Court granted the parties' stipulation to extend the briefing schedule on the motion to dismiss, changed the deadline for Plaintiffs' opposition to June 11, 2012, and reset the hearing for August 2, 2012.

Having considered the papers filed by the parties, the Court DENIES Plaintiff Jones's motion to shorten time (Docket No. 42). Plaintiff Jones shall file his motion to change the interim class counsel structure within three days of the date of this Order. Any opposition thereto shall be filed no later than two weeks after Plaintiff Jones has filed his motion, and any reply shall be

filed no later than one week thereafter. The Court will decide Plaintiff Jones's motion on the papers.

Plaintiff Jones is granted leave to file a supplemental opposition to Defendant's motion to dismiss, of five pages or less. Plaintiff Jones's supplemental opposition shall be filed by June 14, 2012, and shall not repeat any arguments put forward by Co-Lead Counsel in their opposition.

IT IS SO ORDERED.

Dated: 5/31/2012

CLAUDIA WILKEN
United States District Judge