UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

FRANK M. FAZIO,

    Plaintiff,

v.

APPLE, INC,

    Defendant.

NO. C 12-01127 CW

**MINUTE ORDER**
Date: August 2, 2012

**The Honorable Claudia Wilken, Presiding**
**Clerk: Nikki D. Riley    Court Reporter:** Raynee Mercado
**Appearances for Plaintiff:**
Jennifer Sarnelli; Robert Rothman; Shawn Williams; Ben Barnow

**Appearances for Defendant:**
Gail Lees; Benjamin Glickman

**Motions:**
| | | |
|---|---|---|
| Defendant | Motion to Dismiss | Under Submission |

Order to be prepared by: Court

**Case Management Conference - HELD**

Notes:  Motion is argued and submitted by the parties, and taken under submission by the Court.

See minute and case management order dated today for future dates.

Copies to:  Chambers